PEOPLE V JENKINS. (Docket No. 54676.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Ronald P. Weitzman,* Assistant Prosecuting Attorney, for the people. *Carl Ziemba* for defendant-appellant. Reported at 395 Mich 440.

PEOPLE V MERRITT. (Docket No. 54874.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Criminal Division, and *Raymond P. Walsh,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 396 Mich 67.

RYAN, J., not participating.

APRIL 20, 1976

JOHN DOE JUDGE V JUDICIAL TENURE COMMISSION. (Docket No. 58311.) Plaintiff's complaint for superintending control and motion for immediate consideration are considered. The motion for immediate consideration is granted. The plaintiff's time for filing a response under GCR 1963, 932.7(b) is extended to 4:30 p.m. July 1, 1976. The defendant shall promptly state with more specificity the charges contained in paragraphs 15, 16 and 17 of its written notice of February 25, 1976, and serve a copy of its statement upon plaintiff. The defendant shall make available to plaintiff transcripts of Recorder's Court proceedings already prepared, within the defendant's possession, and upon which the allegations of the written notice may have been based. The complaint is denied in all other respects. We retain no further jurisdiction. *Patmon, Young & Kirk, P. C.,* and *Hyman & Rice* for plaintiff.

APRIL 21, 1976

IN THE MATTER OF BENNETT. (Docket No. 58220.) The petition for interim suspension filed on behalf of the Judicial Tenure Commission is considered and the same hereby is denied. The motion by respondent for oral argument is considered, and the same hereby is denied. *Brian J. McMahon,* Executive Director and General Counsel, Michi-